Jose M. Ruiz                                    CAUSE No: 34-13-B

To whom it may concern:

    yes, my name is Jose M. Ruiz And I've been
incarcerated in the Gonzales county Jail for the
last 2 years And 6 months. I have Already wrote
the court of Criminal Appeals At P.O. Box 12308,
Capitol Station explaining to them that I have no
information concerning my case. I'd like to Know
About my case. Do I have A court date set
or Not? Could you please let me know
Something About my case? your help with this
matter would be greatly Appreciated

                              Sincerely,
                              Jose M. Ruiz


November 16, 2015

                        Jose M. Ruiz
                        208 E. Live Oak
                        Cuero, TX. 77954

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk